AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

DEC 21 2021

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

_____
Petitioner

v.

_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case: 1:21-cv-00168
Assigned To : Barlow, David
Assign. Date : 12/21/2021
Description: Gonzalez v State of Utah

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Alberto Gonzalez**
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: **Pitition**
   (b) Address: **Utan State Hospital PO Box 270 Provo Ut 84603-0270**
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: **SCF60973**
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

2161465914 case#

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☑ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☑ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Utah State Hospital
   cases 191140275 and 191140281

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Charges Assault amended class B guilty
   Poss of A Dngr weap By Restricted 3rd per3ree
   felony 09/15/20 on both guilty

   (d) Date of the decision or action: F3 Burglary

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes     ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: 09/26/006

   (3) Docket number, case number, or opinion number: court

   (4) Result:

   (5) Date of result: Jan 15/21 California Heights Ave car
   (6) Issues raised: Max Police call on me adult to
   assult on wrong hernealer

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes            ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: *Program Utah Weber Cathy Hospital Comm.from*
   (3) Docket number, case number, or opinion number:
   (4) Result: *Man Period of Incarceration*
   (5) Date of result:
   (6) Issues raised: *Completely result*

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes            ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

Lean not unto your own understanding but trust in the Lord and He shall guard your Heart & Mind

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: Ogden Courthouse
(2) Case number: Court trial to provide with adjustable
(3) Date of filing: care
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _I want Reed to Requesting asla to expung my record criminal record_

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes            ☐ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____

(b)   Date of the removal or reinstatement order: _____

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes            ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _Velasec with IV two weeks_
(3) Result: _____
(4) Date of result: _SSo to victum_
(5) Issues raised: _a0 hours of com services_

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes            ☐ No

If "Yes," provide:

(1) Name of court: _Pay money to APBP for UA test_
(2) Date of filing: _____
(3) Case number: _____

Page 6 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☐ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____

    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____

    (d) Docket number, case number, or opinion number: _____

    (e) Result: _____

    (f) Date of result: _____

    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** I've always hated my mom / chronic illness / no reason

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND TWO:**  M̲H̲ ̲a̲s̲s̲u̲a̲l̲A̲

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:**  M̲H̲

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Y̶e̶s̶          ☐ N̶o̶

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I'm wanting to know i do Qualify for a hebas corpus

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
Drug PheraPerlinia was informed about an evnl 180 credit

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: In my fafor any do I want to make my state cant fu eovly realase Dout

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
August 24/21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/14/21

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_